# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No.: 19-30452-KLP |
| | ) | |
| Matthew Paul Kachmar et al. | ) | Chapter 13 |
| | ) | |
| Debtor. | ) | Trustee: Suzanne Wade |

## MOTION TO INCUR DEBT

COMES NOW the debtors, by counsel, and in connection with their Motion to Incur Debt, respectfully state as follows:

1.  The debtor filed this case under Chapter 13 of the U.S. Bankruptcy Code on January 29, 2019.

2.  The debtor has applied for and WestLake Financial has approved a loan to the debtor in the amount of $19,964.57 plus interest at 17.49% per annum to be repaid with 72 equal monthly payments of $449.61for the purchase of a 2015 Honda Odyssey or substantially similar vehicle at similar cost, interest and financing terms.

3.  The debtors needs to purchase the referenced vehicle because their 2008 Chrysler Town and Country is in default and needs substantial repairs, listed on his schedules and confirmed plan, leaving the debtor with no other transportation.

4.  The purchase of the vehicle is in the best interest of the debtor and will facilitate their ability to perform under the Chapter 13 Plan filed herein.

4.  The debtor's Chapter 13 Plan has been confirmed.

WHEREFORE, the debtor requests that the court enter an order approving the aforesaid loan on the terms stated herein and for such other relief as the court may deem appropriate.

                MATTHEW PAUL KACHMAR
                MARY BETH KACHMAR

                By: /s/ J. Bradley Winder, Jr.
                    Counsel

J. Bradley Winder, Jr. (VSB #70353)
FerrisWinder PLLC
9327 Midlothian Turnpike
Suite 1J
Richmond, VA  23235
(804) 767-1800 (phone)
(888) 251-6228 (fax)
*Counsel for Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2020 I mailed the foregoing document by electronic mail or first class mail, postage pre-paid to all parties on the mailing matrix attached herewith.

                By: /s/ J. Bradley Winder, Jr.
                      Counsel

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
# RICHMOND DIVISION

| | | |
|---|---|---|
| **In re:** | ) | **Case No.: 19-30452-KLP** |
| | ) | |
| **Matthew Paul Kachmar et al.** | ) | **Chapter 13** |
| | ) | |
| **Debtor.** | ) | **Trustee:  Suzanne Wade** |

## NOTICE OF MOTION AND HEARING

The above-referenced debtor has filed a Motion to Incur Debt and Motion for Expedited Hearing in the above-referenced matter.

**Your rights may be affected**.  You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case.  (If you do not have an attorney, you may wish to consult one.)

If you do not want the court to grant the relief sought in the motion, or if you want the court to consider your views on the motion, then, you or your attorney must:

- Attend a hearing to be scheduled at a later date.  The Hearing will be held in Judge Phillips Court Room, Room 5100, United States Courthouse, 701 East Broad Street, Richmond VA 23219.
- If no timely response has been filed opposing the relief requested, the court may grant the relief without holding a hearing.

If you or your attorney do not take these steps, the court may decide that you do not oppose the relief sought in the motion or objection and may enter an order granting that relief.

Dated:  January 27, 2020                               MATTHEW PAUL KACHMAR
                                                                              MARY BETH KACHMAR

                                                                              By: /s/ J. Bradley Winder, Jr.
                                                                                        Counsel

J. Bradley Winder, Jr. (VSB #70353)
FerrisWinder PLLC
9327 Midlothian Turnpike
Suite 1J
Richmond, VA  23235
(804) 767-1800 (phone)
(888) 251-6228 (fax)
*Counsel for Debtor*

# **CERTIFICATE OF SERVICE**

I hereby certify that on January 27, 2020 I mailed the foregoing document by electronic mail or first class mail, postage pre-paid to all parties on the mailing matrix attached herewith.

By: /s/ J. Bradley Winder, Jr.
Counsel

Suzanne Wade
P.O. Box 1780
Richmond, VA 23218

Alpha Recovery Corp
5660 Greenwood Plaza Blvd
Suite 101
Englewood, CO 80111-0000

AmeriCredit/GM Financial
Attn: Bankruptcy
Po Box 183853
Arlington, TX 76096-0000

AmeriCredit/GM Financial
Po Box 181145
Arlington, TX 76096-0000

Capital One
Attn: Bankruptcy
Po Box 30285
Salt Lake City, UT 84130-0000

Capital One
Po Box 30281
Salt Lake City, UT 84130-0000

CarMax Auto Finance
Attn: Bankruptcy
Po Box 440609
Kennesaw, GA 30160-0000

CarMax Auto Finance
12800 Tuckahoe Creek Pkw
Richmond, VA 23238-0000


CashNet USA
200 West Jackson, Suite 2400
Chicago, IL 60606-6941


Central Credit Services LLC
500 N Franklin Turnpike
Suite 200
Ramsey, NJ 07446-0000


CJW Medical Center
PO BOX 13620
Richmond, VA 23225-0000


Creditors Collection Service
Attn: Bankruptcy
Po Box 21504
Roanoke, VA 24018-0000


Creditors Collection Service
4530 Old Cave Spring Road
Roanoke, VA 24018-0000


First Source
205 Bryant Woods South
Buffalo, NY 14228-0000


Focused Recovery Solutions
9701 Metropolitan Court, Suite
Richmond, VA 23236-0000


Fortiva
Attn: Bankruptcy
Po Box 105555
Atlanta, GA 30348-0000

Fortiva
Pob 105555
Atlanta, GA 30348-0000


Home Point Financial Corp
Attn: Correspondence
11511 Luna Rd, Ste 200
Farners Branch, TX 75234-0000


Home Point Financial Corp
4849 Greenville Avenue
Dallas, TX 75206-0000


James River Emer Group
Mailstop: 43809623
P.O. Box 660827
Dallas, TX 75266-0000


Jefferson Capital Systems, LLC
Po Box 1999
Saint Cloud, MN 56302-0000


Jefferson Capital Systems, LLC
16 Mcleland Rd
Saint Cloud, MN 56303-0000


Kohls/Capital One
Kohls Credit
Po Box 3120
Milwaukee, WI 53201-0000


Kohls/Capital One
Po Box 3115
Milwaukee, WI 53201-0000


LVNV Funding/Resurgent Capital
Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603-0000


LVNV Funding/Resurgent Capital

Po Box 1269
Greenville, SC 29602-0000

Mariner Finance
8211 Town Center Dr
Nottingham, MD 21236-0000

Matthew Paul Kachmar Jr.

MCV Physicians
1601 Willow Lawn Drive St. 275
Richmond, VA 23230-0000

Merchants & Medical Credit Co
6324 Taylor Dr.
Flint, MI 48507-4685

Midland Credit Management
8875 Aero Drive Suite 200
San Diego, CA 92123-0000

Midland Funding
2365 Northside Dr Ste 300
San Diego, CA 92108-0000

Midland Funding
2365 Northside Dr Ste 30
San Diego, CA 92108-0000

Mobiloansllc
P.O. Box 1409
Marksville, LA 71351-0000

Mobiloansllc
Po Box 1409
Marksville, LA 71351-0000

One Advantage LLC
7650 Magna Drive
Belleville, IL 62223-0000

OneMain Financial
Attn: Bankruptcy
601 Nw 2nd Street
Evansville, IN 47708-0000

OneMain Financial
Po Box 1010
Evansville, IN 47706-0000

Parrish and Labar
5 E Franklin St
Re: WAL Inc.
Richmond, VA 23219-0000

PennCredit
916 S. 14th Street
Re: Verizon
Harrisburg, PA 17108-0000

Peter Heindel
6802 Paragon Place
Suite 410
Richmond, VA 23230-0000

Phoenix Financial SVC
PO BOX 361450
Indianapolis, IN 46236-0000

Recmgmt Srvc
Attn: Bankruptcy
4200 Cantera Drive, Suite 211
Warrenville, IL 60555-0000

Recmgmt Srvc
240 Emery Street
Bethlehem, PA 18015-0000

Valentine & Kebartas LLC
PO Box 325
Lawrence, MA 01842-0000

Virginia Department of Tax
PO BOX 1115
Richmond, VA 23218-0000


Virginia Physicians Inc
Midlothian Medical Care
229 Wadsworth Dr
Richmond, VA 23236-0000